# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

Paula J. Nutley,

                Plaintiff(s),

vs.                                                       Case Number: 09-CV-215-JHP

River Falls Machinery Sales, Inc., et al.,

                Defendant(s).


### MINUTE ORDER


At the direction of James H. Payne, U.S. District Judge, it is hereby ordered that: Defendants' Motion to Strike Deposition Testimony of Kenneth J.H. Lee, M.D. (Dkt.# 221) is granted as follows:

      Kenneth J.H. Lee, M.D. may testify in his capacity as a fact witness, pursuant to Fed.R.Civ.P. 701. Therefore, Dr. Lee's testimony shall be limited to his treatment of Plaintiff and any observations he made during that treatment. Dr. Lee may offer medical testimony to explain **his** treatment but may not offer opinions which extend beyond the scope of **his** treatment of Plaintiff. Dr. Lee will not be permitted to testify regarding other physicians' examinations, reports, findings or conclusions. Dr. Lee may not offer opinions regarding causation, prognosis or the recovery process.

Dated this 30th day of June, 2011.


                William B. Guthrie,
                Clerk of Court, United States District Court


                <u>s/C. Trzcinski</u>
                By: C. Trzcinski, Deputy Clerk