IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA J. NUTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 09-CV-215-JHP |
| ) | |
| RIVER FALLS MACHINERY SALES, INC., ) | |
| RANDALL S. BOWLING, ) | |
| ) | |
| Defendants, ) | |

## AMENDED JUDGMENT

Pursuant to the jury verdict returned in this matter on the 12th day of July, 2011, the Court enters judgment for the plaintiff, Paula J. Nutley, and against the defendants River Falls Machinery Sales, Inc. and Randall S. Bowling, in the amount of $125,041.71.

**IT IS SO ORDERED** this 15th day of November, 2011.

James H. Payne
United States District Judge
Eastern District of Oklahoma